**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Movant

11-20682

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:13-bk-07475-DPC |
| Renee Therese Lambing | Chapter 7 |
| Debtor. | MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY |
| Colonial National Mortgage, a division of Colonial Savings, F.A. | |
| Movant, vs. | RE: Real Property Located at 2960 E. Cedar Pl. Chandler, AZ 85249 |
| Renee Therese Lambing, Debtor; S. William Manera, Trustee. | |
| Respondents. | |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtor by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 16th day of May, 2013.

>Respectfully submitted,
>
>TIFFANY & BOSCO, P.A.
>
>BY /s/ LJM # 014228
>   Mark S. Bosco
>   Leonard J. McDonald
>   David W. Cowles
>   Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Renee Therese Lambing filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. S. William Manera was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

> Lot 143, RIGGS RANCH MEADOWS, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 524 of Maps, Page 18.

Debtor executed a Note secured by a Deed of Trust, dated April 13, 2005, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

Movant has executed a Declaration in support of this Motion. A true and correct copy of the executed Declaration is annexed as Exhibit "D".

Debtor is in default on the obligation to Movant for which the property is security and payments are due under the Promissory Note from and after April 1, 2012.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtor failure to make payments on a timely basis.

///

Movant is informed and believes and therefore alleges that the Debtor and bankruptcy estate have no equity in the property. The fair market value of the property pursuant to Debtor's Schedule "A" is $335,000.00, less ten percent (10%) cost of marketing, less the first and second secured liens, resulting in no equity. A true and correct copy of the Debtor's Schedule "A" is attached hereto as Exhibit "E".

Debtor is indebted to Colonial National Mortgage, a division of Colonial Savings, F.A. for the principal balance amount of $327,441.69, plus accruing interest, costs, and attorney's fees.

Debtor is currently in default and contractually due for April 1, 2012. The current default amount is set forth below:

| | |
|---|---:|
| **11 Monthly Payments at $1,646.74** | **$18,114.14** |
| **(April 1, 2012 - February 1, 2013)** | |
| **3 Monthly Payments at $1,626.99** | **$4,880.97** |
| **(March 1, 2013 - May 1, 2013)** | |
| **Prior Bankruptcy Attorney fees and costs** | **$923.44** |
| **Property Inspection Fees** | **$127.40** |
| **Accrued Late Charges** | **$1,007.55** |
| **Attorneys Fees\*** | **$550.00** |
| **Motion for Relief Filing Fee** | **$176.00** |
| **Suspense Amount** | **($17.34)** |
| **Total** | **$25,762.16** |

\*To the extent Attorney's Fees have been requested herein, the fees requested are based upon the Movant's fee schedule relating to FNMA loans. Any Attorney's Fees requested herein have been reviewed and approved by the undersigned and are in compliance with the Bankruptcy Code and any applicable agreements and as required by the Court assigned to this matter.

Furthermore, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 2960 E. Cedar Pl., Chandler, AZ.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the Debtor, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain

///

///

ownership, possession and control of the Property.

DATED this 16th day of May, 2013.

                                 TIFFANY & BOSCO, P.A.

                        By: /s/ LJM # 014228
                              Mark S. Bosco
                              Leonard J. McDonald
                              David W. Cowles
                              2525 East Camelback Road, Suite 300
                              Phoenix, Arizona 85016
                              Attorneys for Movant