James R. Andrews
State Bar No. 027886
ANDREWS LAW, PLC
3190 South Gilbert Road Ste 5
P: (480) 237-9756
F: (480) 452-1666
james@andrewslawplc.com
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE:**<br><br>RENEE T. LAMBING<br><br>Debtors. | 2:13-BK-07475<br><br>**Chapter 7**<br><br>**MOTION TO CONVERT FROM A CHAPTER 7 TO A CHAPTER 13 BANKRUPTCY** |

Debtor RENEE T. LAMBING, by and through undersigned counsel, and pursuant to 11 U.S.C. § 706(a), hereby moves this Court for an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (11 U.S.C.).

On May 5th, 2013, Debtor RENEE T. LAMBING filed a Voluntary Petition under Chapter 7.

This case has not been previously converted from a Chapter 7 to a Chapter 13.

Form 22C in accordance with Chapter 13 is being filed concurrently herewith.

WHEREFORE, Debtor submits that good cause for conversion exists and respectfully requests an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code and for other relief as the Court deems proper.

FURHTER NOTICE OF BAR DATE IS HEREBY GIVEN, that any objections to the Motion to Incur Debt must be filed with the Clerk of the Bankruptcy Court at 230

1

N. First Avenue, Suite 101, Phoenix, Arizona 85003 on or before 14 (fourteen) days after the date of service of the Motion and this Notice and served upon Debtors' counsel, James R. Andrews at Andrews Law PLC, at 3190 S. Gilbert Rd. Ste. 5, Arizona 85248 or email at James@andrewslawplc.com

Dated: May 21ST, 2013

James R. Andrews;

Attorney for Debtor

/s/ JAMES R. ANDREWS
3190 S GILBERT ROAD STE 5
CHANDLER, AZ 85286

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21ST day of May, 2013 I electronically filed the foregoing Motion to Convert Chapter 7 to a Chapter 13 with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to William Manera 2025 N. Third St., #152, Phoenix, AZ 85004, and the U.S. Trustee, 230 N. First Ave, Suite 101, Phoenix, AZ 85003.

/s/ JAMES R. ANDREWS
James R. Andrews II, Esq 027886
3190 S GILBERT ROAD STE 5
CHANDLER, AZ 85286