James R. Andrews
State Bar No. 027886
ANDREWS LAW, PLC
3190 S Gilbert Road Ste 5
Chandler, AZ 85286
p: (480) 237-9756
f: (480) 452-1666
james@andrewslawplc.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

RENEE LAMBING

Debtor(s),

Case No.: 2:13-bk-07475-DPC

Chapter 13

**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

The Chapter 13 First Amended Plan having been properly notice out to creditors and any objections to confirmation having been resolved,

IT IS ORDERED confirming the Plan of the Debtors as follows:

(a) INCOME SUBMITTED TO THE PLAN. Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months: | Amount: |
|---|---|
| 1-4 | $923.00 |
| 5-8 | $880.00 |
| 9-36 | $950.00 |

This matter was converted on June 7, 2013, with first payment due payable to the trustee on or before July 7, 2013. The payments are due on or before the 7th day of each month thereafter. Debtor is advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of

the Plan term. Any funding shortfall must be cured before the plan is deemed complete. The Debtor shall provide, directly to the Trustee copies of their federal and state income tax returns for post-petition years within 30 days of filing them, The purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

(2) <u>Other Property</u>. *The Debtor shall provide, directly to the Trustee their net federal and state income tax refunds for the years 2013, 2014 and 2015 as supplements to the plan. In the event that other property is submitted, it shall be treated as supplemental payments.*

In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(B) **DURATION**. This Plan shall continue for 36 **months** from the first regular monthly payment described in Paragraph (A) (1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

( C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall received the percentage fee on the Plan payments pursuant to U. S. C. § 586(e), then the Trustee will pay creditors in the following order:

(1) <u>Administrative expenses</u>:

<u>Attorney Fees:</u> James R. Andrews, shall be allowed total compensation of <u>$3,500.00</u> Counsel received <u>$1,000.00</u> prior to filing this case and will be paid <u>$2,500.00</u> by the Chapter 13 Trustee.

(2) <u>Claims Secured by Real Property</u>:

(a) Colonial Savings Mortgage, secured by a first deed of trust in the Debtor's residence, amount claimed $338,421.3. Regular post-petition payments will be made directly by the Debtor.

(b) Colonial Savings Mortgage, will be paid the sum amount of $25,099.72 in arrears by the Chapter 13 Trustee.

(3) <u>Unsecured Priority Claims:</u>

(a) Claim #4 filed by Riggs Ranch Meadow HOA will be paid $2,433.20, which coincides with the proof of claim filed.

(b) The Arizona Department of Revenue has an unsecured priority claim #2. This creditor will be paid $237.88, which coincides with proof of claim filed.

(4) <u>Property:</u>

Debtors will remain and keep possession of the family residence at 2960 E. Cedar Place, Chandler, Arizona 85249.

(5) <u>Other Provisions</u>: None.

(6) <u>Unsecured No Priority Claims:</u>

( a) Discover Bank claim #1. This creditor will be paid $3,268.70, which coincides with the proof claim filed.

All other claims shall be classified as unsecured and non-priority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) EFFECTIVE DATE AND VESTING: The effective date of the Plan shall be the date of this Order. Property of the estate vests in the Debtors upon confirmation.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

_____
Edward J. Maney, Trustee

_____
James R. Andrews, Esq.
Attorney for Debtor

_____
Brown Olcott

3
STIPULATED ORDER-Debtor Renee Lambing/Case No. 2:13-bk-07475

The Debtors certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

*/s/ Renee Lambing*

Debtor, Renee Lambing