Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
Fax (602) 277-4103

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 PROCEEDINGS |
| RENEE THERESE LAMBING | ) | |
| | ) | CASE NO. B-13-07475-PHX |
| 2960 E CEDAR PLACE | ) | |
| | ) | CHAPTER 13 TRUSTEE'S REPORT |
| CHANDLER, AZ  85249 | ) | OF ALLOWED CREDITOR CLAIMS |
| _____ | ) | |

  Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice.  In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Colonial Savings, F.A.<br> Attn: Bankruptcy/Recovery<br> 2626 West Freeway<br> Fort Worth, TX  76102- | 10/11/2013 | $25099.72 | 0% | Secured |
| Riggs Ranch Meadows HOA<br> c/o Brown Law Group<br> 190 W. Magee, Ste 182<br> Tucson, AZ  85704- | 10/13/2013 | $2433.20 | 0% | Secured |
| Office of the Arizona Attorney General<br> Tax, Bankruptcy, & Collection Section<br> 1275 West Washington<br> Phoenix, AZ  85007- | 09/30/2013 | $237.88 | 0% | Priority |
| Discover Bank<br> DB Servicing Corporation<br> PO Box 3025<br> New Albany, OH  43054-3025 | 06/12/2013 | $3268.70 | 0% | Unsecured |
| American General Finance<br> 600 N. Royal Avenue<br><br> Evansville, IN  47715- | | $0.00 | 0% | Unsecured |
| Long Beach Acceptance<br> Attn: Bankruptcy/Recovery<br> P.O. Box 99605<br> Arlington, TX  75095-9605 | | $0.00 | 0% | Unsecured |
| Asset Acceptance LLC<br> attn: bankruptcy collections<br> P.O. Box 2036<br> Warren, MI  48090-2036 | | $0.00 | 0% | Unsecured |
| James R. Andrews, Esq.<br> ANDREWS LAW PLC<br> 3190 S. Gilbert Rd., Suite #5<br> Chandler, AZ  85286- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Capital One<br>P.O. Box 30281<br><br>Salt Lake City, UT  84130- | | $0.00 | 0% | Unsecured |
| Chase<br>PO Box 15298<br><br>Wilmington, DE  19850- | | $0.00 | 0% | Unsecured |
| Webbank/dfs<br>12234 N. 35th Bldg B<br><br>Austin, TX  78753- | | $0.00 | 0% | Unsecured |
| GRANT & WEBER<br>14795 N. 78TH WAY #800<br><br>SCOTTSDALE, AZ  85260- | | $0.00 | 0% | Unsecured |
| GRANT & WEBER<br>14795 N. 78TH WAY #800<br><br>SCOTTSDALE, AZ  85260- | | $0.00 | 0% | Unsecured |
| GRANT & WEBER<br>14795 N. 78TH WAY #800<br><br>SCOTTSDALE, AZ  85260- | | $0.00 | 0% | Unsecured |
| GRANT & WEBER<br>14795 N. 78TH WAY #800<br><br>SCOTTSDALE, AZ  85260- | | $0.00 | 0% | Unsecured |
| JR BROTHERS FINANCE I<br>10000 N 31ST AVE STE D20<br><br>PHOENIX, AZ  85051- | | $0.00 | 0% | Unsecured |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br><br>San Diego, CA  92123- | | $0.00 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>Riverside Commerce Center<br>120 Corporate Blvd., Suite 100<br>Norfolk, VA  23502- | | $0.00 | 0% | Unsecured |
| SONORA QWEST LABS<br>1255 W. WSHINGTON ST.<br><br>TEMPE, AZ  85281- | | $0.00 | 0% | Unsecured |
| Wells Fargo Financial National Bank<br>4143 121 St.<br><br>Urbandale, IA  50323- | | $0.00 | 0% | Unsecured |
| James R. Andrews, Esq.<br>ANDREWS LAW PLC<br>3190 S. Gilbert Rd., Suite #5<br>Chandler, AZ  85286- | | $1000.00 | 0% | Legal |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| James R. Andrews, Esq.<br>ANDREWS LAW PLC<br>3190 S. Gilbert Rd., Suite #5<br>Chandler, AZ  85286- | | $2500.00 | 0% | Legal |

_____

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776  Fax (602) 277-4103
Email: office@maney13trustee.com